UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, and Larry Polkey,

Plaintiffs,

v.

Mary Chiodi, d/b/a Temps, d/b/a Temps Plus, d/b/a Mary Chiodi Tax & Bookkeeping Service, Temps Plus by Mary, Inc., National Steel Pellet Company, and National Steel Corporation,

Defendants.

Civil Action No. 00-CV-1559 (DWF/RLE)

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

The Parties above-named, through their respective Counsel, hereby Stipulate and Agree that the date for the Defendants to Answer or otherwise respond to the Plaintiffs' Complaint be extended to Friday, July 14, 2000.

Dated 7-3-00

MATONICH & PERSSON

By [signature]
Edward J. Matonich (#68603)
Attorneys for Plaintiffs
2031 Second Avenue East
P.O. Box 127
Hibbing, MN 55746
(218) 263-8881

FILED JUL 1 0 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated 6/30/00

BURK & SEATON, P.A.

By: Alec J. Beck

Alec J. Beck (#201133)
Attorneys for Mary Chiodi, et al.
7301 Ohms Lane — Suite 320
Edina, Minnesota 55439
(952) 896-1700

Dated 6-30-00

DORSEY & WHITNEY L.L.P.

By: Michael Iwan

Robert L. Hobbins (#45573)
Michael Iwan (#28628X)
Attorneys for National Steel Pellet, et al.
220 South Sixth Street
Minneapolis, MN 55402
(952) 340-2919

Dated JUL 1 2000

**SO ORDERED**

Raymond L. Erickson

The Honorable Raymond L. Erickson
Magistrate Judge
U.S. District Court