UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, Larry Pelkey and Henry Carlson

Plaintiffs,

vs. SETTLEMENT CONFERENCE ORDER

Mary Chiodi, d/b/a Temps, d/b/a Temps Plus, d/b/a Mary Chiodi Tax & Bookkeeping Service, Temps Plus By Mary, Inc., National Steel Pellet Company, and National Steel Corporation

Defendants. Civ. No. 00-1559(DWF/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 19th day of March, 2001.

* * *

The Settlement Conference in the above-entitled matter is set for **Monday, March 26, 2001, at 1:30 o'clock p.m.**, before Magistrate Judge Raymond L. Erickson, in Court Room No. 3, United States Courthouse, 515 W. First Street, Duluth, Minnesota, according to the following terms:

MAR 20 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1. Counsel who will try the case and a representative of each party with full authority to enter into a compromise settlement agreement **must** attend the Settlement Conference.

2. At the Conference, counsel for each party shall be prepared to present a 20 minute summation, with such demonstrative aids as desired, of the factual and legal grounds upon which their respective client is entitled to a Jury Verdict and to the entry of Judgment on that Verdict. Following the Summary Trial to the Court, the parties shall engage in a Court-assisted Mediation. **Counsel, the parties, and their representatives, should be prepared to expend the remainder of the day in the conduct of the Settlement Conference.**

3. The Settlement Conference will also address all matters contemplated by Rule 16, Federal Rules of Civil Procedure, and a continuance of the Conference will only be granted for good cause shown upon **formal Motion** served and filed in accordance with the Federal Rules of Civil Procedure and the Local Rules.

4. Counsel's attention is drawn to Rule 16(f), Federal Rules of Civil Procedure.

5. Please contact the undersigned's scheduling clerk, Victoria L. Miller, 218-529-3520, **immediately** if this case has settled.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE