**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FIFTH DIVISION**

---

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, Larry Pelkey, and Harry Carlson,

Plaintiffs,

vs.

Mary Chiodi, d/b/a Temps, d/b/a Temps Plus, d/b/a Mary Chiodi Tax & Bookkeeping Service; Temps Plus by Mary, Inc.; and National Steel Pellet Company; and National Steel Corporation,

Defendants.

---

Civil File No. 00-CV-1159 (DWF/RLE)

**ORDER**

Pursuant to the Court's *sua sponte* order on March 26, 2001, the remaining dates set forth in the Court's Pretrial Notice of September 19, 2001 are amended as follows:

- The period during which the parties may conduct discovery shall terminate on May 1, 2001;
- All nondispositive Motions shall be filed and the Hearing thereon completed prior to June 1, 2001;
- All dispositive Motions shall be filed and the Hearing thereon completed prior to July 1, 2001; and
- This case shall be ready for Trial on September 1, 2001 or 30 days after the Court renders its Order on any dispositive Motion (whichever is later).

FILED APR - 2 2001
FRANCIS E. DOSAL
JUDGMENT ENTD
DEPUTY CLERK

In all other respects, the Court's Pretrial Notice remains in effect and unchanged.

BY THE COURT

Dated: 4/2/01

Raymond L. Erickson
United States Magistrate Judge