**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, Larry Pelkey, Henry Carlson, and Michael Palava,

Plaintiffs,

v.

Mary Chiodi d/b/a Temps d/b/a Temps Plus d/b/a Mary Chiodi Tax & Bookkeeping Service, Temps Plus by Mary, Inc., National Steel Pellet Company, and National Steel Corporation,

Defendants.

Civil No. 00-1559 (DWF/RLE)

**ORDER**

---

Edward J. Matonich, Esq., and David A. Arndt, Esq., Matonich & Persson, 2031 Second Avenue East, P.O. Box 127, Hibbing, MN 55746, counsel for Plaintiffs.

Alex J. Beck, Esq., and David A. Davenport, Esq., Seaton Beck & Peters, 7301 Ohms Lane, Suite 320, Edina, MN 55439, counsel for Defendant Mary Chiodi; and Robert L. Hobbins, Esq., and Michael Iwan, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South Sixth Street, Minneapolis, MN 55402, counsel for Defendants National Steel Pellet Company and National Steel Corporation.

---

This matter is before the Court upon Plaintiffs' appeal of Magistrate Judge Raymond L. Erickson's order dated May 25, 2001, denying Plaintiffs' motion to amend the complaint by adding Roy Hobbs as an additional party plaintiff. Defendants oppose Plaintiffs' appeal. The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2).

FILED JUL 0 2 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Based upon the arguments and submissions of counsel and the Court having reviewed the record in this matter and being otherwise duly advised in the premises, the Court find that Magistrate Judge Raymond L. Erickson's order is neither clearly erroneous nor contrary to law.

Accordingly, **IT IS HEREBY ORDERED** THAT:

1. Magistrate Judge Raymond L. Erickson's order of May 25, 2001 (Doc. No. 34), is **AFFIRMED.**

Dated: July 2, 2001

DONOVAN W. FRANK
Judge of United States District Court