UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, Larry Pelkey, Henry Carlson and Michael Palava,

Plaintiffs,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Mary Chiodi, d/b/a Temps, d/b/a Temps Plus, d/b/a Mary Chiodi Tax & Bookkeeping Service; Temps Plus by Mary, Inc.; National Steel Pellet Company; and National Steel Corporation,

Defendants.

Civ. No. 00-1559(DWF/RLE)

* * * * * * * * * * * * * * * * * *

TO: All counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: September 18th, 2001
At Duluth, Minnesota

51

FILED SEP 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK