**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

FRANK W. CATANI, ROGER L. KANGAS, JAMES NELSON, CARL LIEND, LARRY M. POLCHER, GUNDER NELSON, JOE IOZZO, FRANK ROSS, HARRY HAGSTEN, STANLEY BAKKEN, ARNOLD LOKKEN, LAWRENCE JEFFERS, LARRY PELKEY, HENRY CARLSON, and MICHAEL PALAVA,

Plaintiffs,

v.

NATIONAL STEEL PELLET COMPANY and NATIONAL STEEL CORPORATION,

Defendants.

Civil No. 00-1559 (DWF/RLE)

**ORDER OF DISMISSAL**

---

Edward Matonich, Esq., and David Arndt, Esq., Matonich & Persson, 2031 2nd Avenue East, P.O. Box 127, Hibbing, MN 55746, counsel for Plaintiffs.

Robert Hobbins, Esq. and Michael Iwan, Esq., Dorsey & Whitney, Pillsbury Center South, 220 South 6th Street, Minneapolis, MN 55402, counsel for Defendants.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: October 3, 2001

DONOVAN W. FRANK
Judge of United States District Court

FILED OCT 0 3 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______