UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

Frank W. Catani, Roger L. Kangas, James Nelson, Carl Liend, Larry M. Polcher, Gunder Nelson, Joe Iozzo, Frank Ross, Harry Hagsten, Stanley Bakken, Arnold Lokken, Lawrence Jeffers, Larry Pelkey, Henry Carlson, and Michael Palava,

Plaintiffs,

vs.

Mary Chiodi, d/b/a Temps, d/b/a Temps Plus, d/b/a Mary Chiodi Tax & Bookkeeping Service; Temps Plus by Mary, Inc.; and National Steel Pellet Company; and National Steel Corporation,

Defendants.

Civil File No. 00-CV-1159 (DWF/RLE)

**ORDER APPROVING SETTLEMENT AND DISMISSING ACTION**

The parties have submitted under seal an executed Settlement Agreement and General Release, signed by the parties between October 16 and November 5, 2001, providing for the resolution of all claims by plaintiffs in this action. The Court, having previously had been informed by counsel that the matter had been resolved, entered an Order on October 3, 2001, dismissing this action with prejudice but reserving jurisdiction for 90 days to permit the Court to receive this Settlement Agreement and General Release and to enter a order of final judgment. The Court has considered the parties' Settlement Agreement and General Release, and makes the following findings and conclusions:

**FINDINGS OF FACT**

1. There exists a bona fide dispute between the plaintiffs and the defendants with respect to:

NOV 13 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD NOV 13 2001
DEPUTY CLERK

(a) Whether the plaintiffs worked overtime hours for which defendant National Steel Pellet Company is responsible for additional compensation; and

(b) The number of any such hours for which plaintiffs are entitled to compensation, and the amount of compensation due.

2. In light of the uncertainties of the above issues, the terms of the parties' Settlement Agreement and General Release are fair and reasonable.

**CONCLUSIONS OF LAW**

1. The Court hereby APPROVES the settlement of plaintiffs' claims as presented to the Court by the parties in their Settlement Agreement and General Release.

2. The Court hereby ORDERS that this action be dismissed with prejudice and without attorneys' fees or costs to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT

Dated: November 13, 2001

The Honorable Donovan Frank
United States District Court Judge