**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Frank W. Catani, et al.
Plaintiff(s)

-v- **Civil** # 00-1559 DWF/RLE

Mary Chiodi, d/b/a Temps, et al.
Defendant(s)

**COST JUDGMENT**

The costs of the Defendant have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 64.00 | $ | 64.00 |
| Fees for printing | | 148.51 | | 148.51 |
| Other costs | | 1,386.08 | | - 0 - |
| TOTAL: | $ | 1,598.59 | $ | 212.51 |

Costs, therefore, are taxed in the sum of Two Hundred Twelve Dollars and 51/100 ($212.51) in favor of the Defendant and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of January 25, 2002.

RICHARD D. SLETTEN, CLERK

By [signature]
Celeste M. Shahidi
Court Manager

cc: all counsel

# TAXATION OF COSTS SUMMARY

Civil # 00-1559 DWF/RLE

Frank W. Catani, et al.
v.
Mary Chiodi, et al.

---

I. Fees of the court reporter

Claimed $64.00 Allowed $64.00

No objection.

II Fees for printing

Claimed $148.51 Allowed $148.51

Proper documentation with explanation was provided.

III. Other costs

Claimed $1,386.08 Allowed $ - 0 -

Costs of legal research, couriers and attorney travel are not properly taxable items. They are considered to be "incidental expenses" of litigation and must be borne by the litigants.

**TOTAL ALLOWED: $ 212.51**

Dated: January 25, 2002

Celeste M. Shahidi
Court Manager